1

2

3

Patience Milrod
844 N. Van Ness Avenue
Fresno, California  93728
559.442-3111
559.442-3162 fax
pm@patiencemilrod.com

4

Attorney for CHRISTIAN BARRON-RUEDA

5

6

7

8

**IN THE UNITED STATES DISTRICT COURT IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

9

10

11

12

13

14

15

| UNITED STATES OF AMERICA, ) | Case No. 12-cr-00040-LJO-SKO |
| Plaintiff, ) | **STIPULATION SETTING CHANGE OF PLEA HEARING and ORDER** |
| vs. ) | |
| CHRISTIAN BARRON-RUEDA, ) | Date: August 20, 2012 |
| ) | Time: 1:00 p.m. |
| Defendant. ) | Court: Hon. Sheila Oberto |

16

IT IS HEREBY STIPULATED by and between the parties hereto through their

17

respective counsel, KATHLEEN SERVATIUS, Assistant United States Attorney for

18

Plaintiff, and PATIENCE MILROD, counsel for the Defendant:

19

    1.    This matter is presently set for a status hearing on August 20, 2012, at 1:00

20

p.m., before Magistrate Judge Sheila Oberto.  After this hearing was set,

21

the parties had further discussions, and the Government provided a plea

22

agreement memorializing those negotiations.  Mr. Barron-Rueda is

23

*Stipulation and [Proposed] Order re:  change of plea hearing*          *1*

1    expected to sign the plea agreement on August 6, 2012.

2    2.    Therefore, the parties request an order vacating the status hearing before

3         Judge Oberto, and setting instead a change of plea hearing before Judge

4         O'Neill.

5    3.    Defense counsel will be out of state from August 16, 2012 to August 25,

6         2012.  In light of the above, the parties hereby stipulate to an order

7         vacating the status hearing now set for August 20, 2012 at 1:00 p.m. before

8         Judge Oberto, and instead setting a change of plea hearing before Judge

9         O'Neill on September 4, 2012 at 8:30 a.m.

10   4.    The parties further stipulate that time may be excluded through and until

11        September 4, 2012 pursuant to the Speedy Trial Act, 18 U.S.C. §

12        3161(h)(8)(A), for defense counsel investigation, preparation and filing of

13        motions, and through and until the date of decision on such motions

14        pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

15   IT IS SO STIPULATED.

16   Dated:  July 31, 2012

                                              /s/ Patience Milrod
17                                            PATIENCE MILROD
                                              Attorney for defendant
18                                            CHRISTIAN BARRON-RUEDA
     Dated:  July 31, 2012

19                                            /s/  Kathleen Servatius
                                              United States Attorney
20                                            BENJAMIN B. WAGNER
                                              By KATHLEEN SERVATIUS
21                                            Assistant U.S. Attorney

22

23   *Stipulation and [Proposed] Order re:  change of plea hearing*                    *2*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

**[PROPOSED] ORDER ON STIPULATION**

Having received and reviewed the stipulation of the parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that the status hearing presently set for August 20, 2012 at 1:00 p.m., before Magistrate Judge Oberto, is hereby vacated, and the case is hereby set for change of plea before Judge O'Neill on September 4, 2012 at 8:30 a.m.

Time is excluded through and until September 4, 2012 pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), for defense counsel investigation, preparation and filing of motions, and through and until the date of decision on such motions pursuant to 18 U.S.C. §3161(h)(1)(F) and (J).

IT IS SO ORDERED.

Dated: __**July 31, 2012**__ _____/s/_____

**Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE

_Stipulation and [Proposed] Order re:  change of plea hearing_                    _3_