1 **ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2445 Capitol Street, Suite 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR Defendant,
CHRISTIAN BARRON-RUEDA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**\* \* \* \* \* \* \* \***

| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>CHRISTIAN BARRON-RUEDA,<br><br>    Defendant. | Case No.: 1:12-CR-00040 LJO-SKO<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE AND** ORDER<br><br>Date: January 7, 2013<br>Time: 8:30 a.m.<br>Judge: Hon. Lawrence J. O'Neill |
|---|---|

**IT IS HEREBY STIPULATED** by and between the parties hereto, that the status conference currently scheduled for Monday, January 7, 2013, **be continued to Monday, February 11, 2013, at 10:00 a.m.** This continuance is requested based upon the fact that counsel for the Defendant herein needs additional time for investigation and preparation relative to this case. Specifically, current counsel substituted into the case only recently and has commenced work as related to the plea offer which has been extended to the Defendant. The bottom line is that discovery is voluminous and counsel needs to be able to thoroughly review said discovery in order to assess the Defendant's position such that a professional and appropriate

1  response can be made to the government's plea offer.  Counsel has
2  embarked upon said review of the discovery and was only first
3  able to meet with Defendant BARRON-RUEDA on Sunday, December 16,
4  2012, at the Lerdo facility in order to commence attorney-client
5  discussions with the aid of an interpreter.
6     These circumstances have been related to Assistant United
7  States Attorney Kathleen Servatius, who expresses no objection to
8  the requested continuance.
9      The parties stipulate and agree that the interests of
10 justice served by granting this continuance outweigh the best
11 interests of the public and the defendant in a speedy trial and
12 that the delay from the continuance shall be excluded from the
13 calculation of time under the Speedy Trial Act pursuant to 18
14 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
15    It is your Declarant's opinion that a continuance such as
16 requested shall not prejudice any party concerned with this
17 matter.
18    DATED: December 20, 2012.      NUTTALL & COLEMAN
19
20                                   By: /s/ Roger T. Nuttall
                                         ROGER T. NUTTALL
21                                       Attorneys for Defendant,
                                         CHRISTIAN BARRON-RUEDA
22
23    DATED: December 20, 2012.      BENJAMIN B. WAGNER
                                     United States Attorney
24
25
                                     By: /s/ Kathleen Servatius
26                                       KATHLEEN SERVATIUS
                                         Attorney for Plaintiff
27
28 ///

2

# O R D E R

The motion is granted.  Time is excluded based on the good cause stated.  To put this matter out so far into the future, at the February status conference, either a change of plea will be taken or a trial date will be set.

IT IS SO ORDERED.

**Dated:   December 20, 2012           /s/  Lawrence J. O'Neill**
                                    UNITED STATES DISTRICT JUDGE