1    **ROGER T. NUTTALL  #42500**
     **NUTTALL & COLEMAN**
2    2445 Capitol Street, Suite 150
     FRESNO, CA 93721
3    PHONE (559) 233-2900
     FAX (559) 485-3852
4

5    ATTORNEYS FOR Defendant,
                CHRISTIAN BARRON-RUEDA
6

7

8              **UNITED STATES DISTRICT COURT**

9             **EASTERN DISTRICT OF CALIFORNIA**

10                      * * * * * * * *

11   **UNITED STATES OF AMERICA,**          **Case No.: 1:12-CR-00040 LJO-SKO**

12        **Plaintiff,**                    **STIPULATION TO CONTINUE**
                                            **SENTENCING HEARING AND**
13        **vs.**                           **SENTENCING SCHEDULE AND**
                                            **ORDER**
14   **CHRISTIAN BARRON-RUEDA,**

15        **Defendant.**

16

17       **IT IS HEREBY STIPULATED** by and between the parties hereto that the Sentencing

18   Hearing currently scheduled for July 22, 2013, at 8:30 a.m. be continued to **August 5, 2013, at**

19   **8:30 a.m.** before the Honorable Lawrence J. O'Neill.  The need for a continuance is based upon

20   counsel's need for appropriate time to address the Presentence Report as counsel has been in trial

21   since last week, starting June 24, 2013.  Counsel needs time to fully prepare the informal

22   objections, as well as a suitable Sentencing Memorandum.

23   ///

24   ///

25   ///

26

27

28

1    **IT IS ALSO HEREBY STIPULATED** that the following proposed sentencing schedule

2    be followed:

3    Informal Objections due:                                          July 15, 2013

4    Sentencing Memorandum due:                                        July 29, 2013

5    Judgment and Sentencing Date:                                    August 5, 2013

6    These circumstances have been related to Assistant United States Attorney Kathleen

7    Servatius, who expresses no objection to the requested continuance.

8    The parties stipulate and agree that the interests of justice served by granting this

9    continuance outweigh the best interests of the public and the defendant in a speedy trial and that

10   the delay from the continuance shall be excluded from the calculation of time under the Speedy

11   Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

12   It is your Declarant's opinion that a continuance such as requested shall not prejudice any

13   party concerned with this matter.

14   **IT IS SO STIPULATED.**

15   DATED: July 1, 2013.            NUTTALL & COLEMAN

16

17                                   By: /s/ Roger T. Nuttall
                                     ROGER T. NUTTALL
18                                   Attorneys for Defendant,
                                     CHRISTIAN BARRON-RUEDA
19

20   DATED: July 1, 2013.            BENJAMIN B. WAGNER
                                     United States Attorney
21

22

23                                   By: /s/ KATHLEEN SERVATIUS
                                     KATHLEEN SERVATIUS
                                     Attorney for Plaintiff
24

25

26

27

28

1

**O R D E R**

2        Good cause appearing therefor,

3        **IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on July

4    22, 2013, at 8:30 a.m., is continued to **August 5, 2013, at 8:30 a.m.**

5        **IT IS FURTHER ORDERED** that the above-proposed sentencing schedule shall be

6    followed.

7    IT IS SO ORDERED.

8    **Dated:    July 2, 2013**                    /s/  **Lawrence J. O'Neill**

UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28