1 **ROGER T. NUTTALL #42500**
**NUTTALL & COLEMAN**
2 2445 Capitol Street, Suite 150
FRESNO, CA 93721
3 PHONE (559) 233-2900
FAX (559) 485-3852
4

5 ATTORNEYS FOR Defendant,
CHRISTIAN BARRON-RUEDA
6

7

8 **UNITED STATES DISTRICT COURT**

9 **EASTERN DISTRICT OF CALIFORNIA**

10 * * * * * * * *

11 | UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00040 LJO-SKO |
|---|---|
12 | Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING AND SENTENCING SCHEDULE AND ORDER** |
13 | vs. | |
14 | CHRISTIAN BARRON-RUEDA, | |
15 | Defendant. | |

16

17 **IT IS HEREBY STIPULATED** by and between the parties hereto
18 that the Sentencing Hearing currently scheduled for August 5,
19 2013, at 8:30 a.m. be continued to **August 19, 2013, at 8:30 a.m.**
20 before the Honorable Lawrence J. O'Neill.  The need for a
21 continuance is based upon counsel's need for additional time to
22 address the Presentence Report as counsel has previously been in
23 trial.  Additionally, in recently preparing the informal
24 objections, counsel concluded that he must meet with his client
25 prior to finalizing the informal objections.  The defendant is
26 currently housed in the Lerdo Jail Facility and will need to be
27 transported in order to meet with counsel.  Counsel needs the
28 time to fully prepare the informal objections, as well as a

1  suitable Sentencing Memorandum.

2  **IT IS THEREFORE STIPULATED** that the following proposed
3  sentencing schedule be followed:

4     Informal Objections due:                    August 1, 2013
5     Sentencing Memorandum due:             August 14, 2013
6     Judgment and Sentencing Date:          August 19, 2013

7  These circumstances have been related to Assistant United
8  States Attorney Kathleen Servatius, who (through AUSA Kevin
9  Rooney) has expressed no objection to the requested continuance.

10 The parties stipulate and agree that the interests of
11 justice served by granting this continuance outweigh the best
12 interests of the public and the defendant in a speedy trial and
13 that the delay from the continuance shall be excluded from the
14 calculation of time under the Speedy Trial Act pursuant to 18
15 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

16 It is your Declarant's opinion that a continuance such as
17 requested shall not prejudice any party concerned with this
18 matter.

19 **IT IS SO STIPULATED.**

20 DATED: July 15, 2013.                  NUTTALL & COLEMAN

22                              By: /s/ Roger T. Nuttall
23                                  ROGER T. NUTTALL
                               Attorneys for Defendant,
                               CHRISTIAN BARRON-RUEDA

25 DATED: July 15, 2013.                  BENJAMIN B. WAGNER
                               United States Attorney

27                              By: /s/ KATHLEEN SERVATIUS
                               KATHLEEN SERVATIUS
28                                Attorney for Plaintiff

**O R D E R**

Good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Sentencing Hearing currently scheduled on August 5, 2013, at 8:30 a.m., is continued to **August 19, 2013, at 8:30 a.m.**

**IT IS FURTHER ORDERED** that the above-proposed sentencing schedule shall be followed.

DATED: July 16, 2013.


                                            _/s/ Lawrence J. O'Neill
                                              Lawrence J. O'Neill, Judge
                                              United States District Court

3