1  **ROGER T. NUTTALL #42500**
   **NUTTALL & COLEMAN**
2  2445 Capitol Street, Suite 150
   FRESNO, CA 93721
3  PHONE (559) 233-2900
   FAX (559) 485-3852
4

5  ATTORNEYS FOR  Defendant,
           CHRISTIAN BARRON-RUEDA
6

7

8           **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10                  * * * * * * * *

11 | **UNITED STATES OF AMERICA,** | Case No.: **1:12-CR-00040 LJO-SKO** |
12 |         **Plaintiff,**        | **STIPULATION TO CONTINUE SENTENCING HEARING; AND ORDER OF DENIAL of CONTINUANCE** |
13 |         **vs.**               | |
14 | **CHRISTIAN BARRON-RUEDA,**   | |
15 |         **Defendant.**        | |

16

17    **IT IS HEREBY STIPULATED** by and between the parties hereto
18 that the Sentencing Hearing currently scheduled for August 19,
19 2013, at 8:30 a.m. be continued for one week until **August 26,**
20 **2013, at 8:30 a.m.** before the Honorable Lawrence J. O'Neill.  The
21 need for a continuance is based upon counsel's calendar conflict.
22    These circumstances have been related to Assistant United
23 States Attorney Kathleen Servatius, and she has no objection to
24 the requested continuance.
25    The parties stipulate and agree that the interests of
26 justice served by granting this continuance outweigh the best
27 interests of the public and the defendant in a speedy trial and
28 that the delay from the continuance shall be excluded from the

calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).

It is your Declarant's opinion that a continuance such as requested shall not prejudice any party concerned with this matter.

**IT IS SO STIPULATED.**

DATED: August 13, 2013.          NUTTALL & COLEMAN


                                 By: /s/ Roger T. Nuttall
                                     ROGER T. NUTTALL
                                     Attorneys for Defendant,
                                     CHRISTIAN BARRON-RUEDA


DATED: August 13, 2013.          BENJAMIN B. WAGNER
                                 United States Attorney


                                 By:  /s/ KATHLEEN SERVATIUS
                                      KATHLEEN SERVATIUS
                                      Attorney for Plaintiff

**O R D E R**

THIS SENTENCE HAS ALREADY BEEN CONTINUED ONCE BECAUSE DEFENSE COUNSEL WAS BUSY. EACH CONTINUANCE COSTS THE GOVERNMENT ADDITIONAL MONIES FOR LOCAL HOUSING. AGAIN, THE STATED REASON IS THAT COUNSEL IS BUSY. THIS DATE WAS ACTUALLY CHOSEN BY COUNSEL THE LAST TIME HE WAS BUSY. THE CONFLICT IN SCHEDULING IS WHATEVER WAS PLACED ON COUNSEL'S CALENDAR AFTER HE SELECTED THE DATE IN THIS CASE. THE REQUEST IS ***DENIED.***

IT IS SO ORDERED.

**Dated:   August 14, 2013**          /s/ Lawrence J. O'Neill
                                      UNITED STATES DISTRICT JUDGE

2